IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:14CR308** |
| vs. | |
| INOCENTE BONILLA-FRAIRE, | DETENTION ORDER PENDING TRIAL |
| Defendant. | |

A.  **Order For Detention**

After the defendant  waived a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.  **Statement Of Reasons For The Detention**

The Court orders the defendant's detention because it finds:

    __X__    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

    _____    By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

C.  **Finding Of Fact**

The Court's findings are based on the evidence which was presented in court and that which was contained in the Pretrial Services Report, and includes the following:

  __X__  (1)    Nature and circumstances of the offense charged:

      __X__  (a)    The crime: Illegal Re-Entry After Deportation is a serious crime and carries a maximum penalty of 2 years imprisonment.

      _____  (b)    The offense is a crime of violence.

      _____  (c)    The offense involves a narcotic drug.

      _____  (d)    The offense involves a large amount of controlled substances, to wit: _

_____

    _____  (2)    The weight of the evidence against the defendant is high.

  __X__  (3)    The history and characteristics of the defendant including:

      (a)    General Factors:

        _____  The defendant appears to have a mental condition which may affect whether the defendant will appear.

        _____  The defendant has no family ties in the area.

        _____  The defendant has no steady employment.

        _____  The defendant has no substantial financial resources.

        _____  The defendant is not a long time resident of the community.

        _____  The defendant does not have any significant community ties.

        _____  Past conduct of the defendant:

        _____  The defendant has a history relating to drug abuse.

        __X__  The defendant has a history relating to alcohol abuse.

   __X__   The defendant has a significant prior criminal record.

   __X__   The defendant has a prior record of failure to appear at court proceedings.

(b)   At the time of the current arrest, the defendant was on:

   ____   Probation

   ____   Parole

   ____   Supervised Release

   ____   Release pending trial, sentence, appeal or completion of sentence.

(c)   Other Factors:

   __X__   The defendant is an illegal alien and is subject to deportation.

   ____   The defendant is a legal alien and will be subject to deportation if convicted.

   __X__   The Bureau of Immigration and Customs Enforcement (BICE) has placed a detainer with the U.S. Marshal.

   __X__   Other: Prior deportations in 2008 and 2010.

____   (4)   The nature and seriousness of the danger posed by the defendant's release are as follows: _____

_____

_____

## D.  **Additional Directives**

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

1. The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 19th day of September, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge